IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01206-AP

FELIX L. GARCIA,

       Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

    For Plaintiff:
    Gail C. Harriss, Esq.
    Dawes and Harriss, P.C.
    572 East Third Avenue
    Durango, CO 81301
    (970) 247-4411, ext. 18
    E-mail: Gail.harriss@dawesandharriss.com

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    *1961 Stout Street, Suite 1001A*
    *Denver, Colorado  80294*
    E-mail: Teresa.Abbott@ssa.gov

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**   **Date Complaint Was Filed:**  June 22, 2006

    **B.**   **Date Complaint Was Served on U.S. Attorney's Office:** July 3, 2006

    **C.**   **Date Answer and Administrative Record Were Filed**: August 31, 2006

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states the record is complete.
Plaintiff states the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant states there is no additional evidence.
Plaintiff states there is no additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Defendant and Plaintiff state this case raises no unusual claims or defenses.

**7.   OTHER MATTERS**

None anticipated.

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**   **Plaintiff's Opening Brief Due:** October 17, 2006.

    **B.**   **Defendant's  Response Brief Due:**  November 20, 2006.

    **C.**   **Plaintiff's  Reply Brief (If Any) Due:** November 30, 2006.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**    **(X)** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 20th day of September, 2006.

                               BY THE COURT:

                               S/John L. Kane
                               U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Gail C. Harriss | TROY A. EID |
| Gail C. Harriss | UNITED STATES ATTORNEY |
| Dawes And Harriss, P.C. | |
| 572 East Third Avenue | s/ Kurt J. Bohn |
| Durango, CO 81301 | KURT J. BOHN |
| (970) 247-4411, ext. 18 | |
| E-mail: Gail.harriss@dawesandharriss.com | Assistant U.S. Attorney |
| Attorney for Plaintiff | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)