**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 06-cv-01206-EWN**

**FELIX L. GARCIA,**

    **Plaintiff,**
**vs.**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**

    **Defendant.**

_____

**ORDER**
_____

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act,

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $4,837.75, to be made payable to Plaintiff, Felix L. Garcia, and mailed to counsel of record.

DATED this 9th day of November, 2007.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          Chief United States District Judge